# AFFIDAVIT OF SERVICE

**State of NEW YORK**        **County of SOUTHERN DISTRICT**        **District Court**

Index Number: 11 - CIV -0547
Date Filed: 1/20/2011

Plaintiff:
**ROBERT FORREST**

vs.

Defendant:
**CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT,
OFFICER JUNIO ACOSTA, in his individual and official capacities,
and OFFICER JOSE SALCEDO in his individual and official capacities,**

For:
Michael Collesano
110 Wall Street
11th Floor
New York, NY 10005

Received by Lawson Legal Services to be served on **OFFICER JUNIO ACOSTA, NYPD 44TH PRECINCT, 2 EAST 169TH STREET, BRONX, NY 10452-7800**.

I, Robert L. Lawson, being duly sworn, depose and say that on the **28th day of January, 2011** at **4:27 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT / JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, to: **POLICE OFFICER WATKINS** as **DESK OFFICER**, a person employed therein and authorized to accept service for **OFFICER JUNIO ACOSTA** at the address of: **NYPD 44TH PRECINCT, 2 EAST 169TH STREET, BRONX, NY 10452-7800**, the within named person's usual place of **Work**, in compliance with State Statutes.
Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT / JURY TRIAL DEMANDED** in a postpaid envelope to the address of: **NYPD 44TH PRECINCT, 2 EAST 169TH STREET, BRONX, NY 10452-7800** bearing the words "Personal & Confidential" by First Class Mail on **1/29/2011** and placed in an official depository of the U.S.P.S. in the city of Bronx, State of New York.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Black, Height: 6', Weight: 170, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ___ day of _____, 20__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HENRIETTA KWATENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KW6176773
Qualified in Bronx County
Commission Expires November 05, 20__

Robert L. Lawson
1261838

**Lawson Legal Services**
1510 Castle Hill Avenue
Suite 333
Bronx, NY 10462
(646) 667-3437
Our Job Serial Number: 2011000096

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a